

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2022

No. 04-21-00412-CR

**EX PARTE KEVIN OWENS**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-1906
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

This appeal was originally set for formal submission and oral argument before this Court on May 5, 2022, at 9:00 AM, before a panel consisting of Chief Justice Rebeca C. Martinez, Justice Beth Watkins, and Justice Liza A. Rodriguez in the courtroom of the Court of Appeals for the Fourth District of Texas.

The panel WITHDRAWS its April 11, 2022 notice setting the case for oral argument on May 5, 2022 at 9:00 AM. A future submission date for this case will be forthcoming.

It is so **ORDERED** on April 27, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT